| | | | |
|---|---|---|---|
| Com. v. Morrison | 1159 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/15/2017 | CP–06–CR–0001232–2016<br>(Berks) |
| J.R.S. v. C.M.B. | 1401 MDA 2016<br>Vacated and<br>Remanded | 02/15/2017 | 2006–FC–001862–03<br>(York) |
| Com. v. Chaney | 447 WDA 2016<br>Vacated and<br>Remanded | 02/15/2017 | CP–25–CR–0000067–2012<br>(Erie) |
| Com. v. Thomas | 561 WDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 02/15/2017 | CP–02–CR–0001010–2011<br>CP–02–CR–0009188–2011<br>(Allegheny) |
| Com. v. McMullen | 645 WDA 2016<br>Affirmed | 02/15/2017 | CP–53–CR–0000097–2013<br>(Potter) |
| J.W. Hall, Inc. v. Nalli | 771 WDA 2016<br>Affirmed | 02/15/2017 | 11132–2013<br>(Beaver) |
| Com. v. Schell | 912 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/15/2017 | CP–02–CR–0014569–2011<br>(Allegheny) |
| In re A.J.B.; Appeal of K.B. | 1387 WDA 2016<br>Affirmed | 02/15/2017 | CP–02–AP–0000071–2016<br>(Allegheny) |
| Com. v. Rojas | 1164 EDA 2015<br>Affirmed | 02/16/2017 | CP–51–CR–0015168–2012<br>(Philadelphia) |
| Com. v. Abrams | 262 EDA 2016<br>Reversed,<br>Vacated and<br>Remanded | 02/16/2017 | CP–51–CR–1109861–2002<br>(Philadelphia) |
| Com. v. Wideman | 568 EDA 2016<br>Affirmed | 02/16/2017 | CP–51–CR–0011679–2014<br>(Philadelphia) |
| Com. v. Farward | 1482 EDA 2016<br>Affirmed | 02/16/2017 | CP–23–CR–0005490–2007<br>(Delaware) |
| Com. v. Le | 677 MDA 2016<br>Affirmed | 02/16/2017 | CP–06–CR–0004628–2014<br>(Berks) |
| Com. v. Franklin | 894 WDA 2016<br>Affirmed | 02/16/2017 | CP–26–CR–0000275–2000<br>(Fayette) |
| Com. v. Hathaway | 1123 WDA 2016<br>Quashed | 02/16/2017 | CP–20–CR–0000501–2003<br>(Crawford) |